# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IVY HILL AND STEPHANIE PAIGE-HILL** | * | |
| *Plaintiffs* | * | **CIVIL ACTION NO.2:22-CV-03239** |
| | * | |
| **VERSUS** | * | **SECTION: "H"** |
| | * | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * | **JUDGE TRISH MILAZZO** |
| | * | |
| *Defendant* | * | **MAGISTRATE JUDGE** |
| | * | **CURRAULT** |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STATE FARM FIRE AND CASUALTY COMPANY'S

## WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes Defendant, State Farm Fire and Casualty Company, who files its Witness and Exhibit List as follows:

## STATE FARM'S WITNESS LIST

1. Darin Teeman, P.E., EFI Global (Expert)
   Through Defendant's Counsel of Record
   Kellen J. Mathews
   E. Gregg Barrios
   Mary Kate Fernandez
   450 Laurel Street, Suite 1900
   May provide testimony as an expert in engineering relative to the alleged property damage at issue in this case.

2. George N. Eustace, P.E., EFI Global (Fact)
   Through Defendant's Counsel of Record
   Kellen J. Mathews
   E. Gregg Barrios
   Mary Kate Fernandez
   450 Laurel Street, Suite 1900

       May provide testimony relative to the alleged property damage at issue in this case.

3. Kyle King (Fact)
   Through Defendant's Counsel of Record
   Kellen J. Mathews
   E. Gregg Barrios
   Mary Kate Fernandez
   450 Laurel Street, Suite 1900
   Baton Rouge, Louisiana 70801
   May provide testimony regarding insurance policy and facts surrounding the claims handling and the alleged property damage at issue in this case.

4. A Corporate Representative of State Farm Fire and Casualty Company
   Through Defendant's Counsel of Record
   Kellen J. Mathews
   E. Gregg Barrios
   Mary Kate Fernandez
   450 Laurel Street, Suite 1900
   Baton Rouge, Louisiana 70801
   May provide testimony regarding insurance policy, claims handling and facts relative to the alleged property damage at issue in this case.

5. Ivy Hill (Fact)
   Through Plaintiff's Counsel of Record
   Jason Giles
   2912 Canal Street,
   New Orleans, LA 70119
   Tel: (877) 909-5464
   May provide testimony regarding facts surrounding the claim

6. Stephanie-Paige Hill (Fact)
   Through Plaintiff's Counsel of Record
   Jason Giles
   2912 Canal Street,
   New Orleans, LA 70119
   Tel: (877) 909-5464
   May provide testimony regarding facts surrounding the claim

7. A Representative of Elite Construction Enterprises, LLC
   Through Plaintiff's Counsel of Record
   Jason Giles
   2912 Canal Street,
   New Orleans, LA 70119
   Tel: (877) 909-5464
   May provide testimony regarding facts surrounding the claim

8. A Representative of iScope Loss Consulting, LLC
   Through Plaintiff's Counsel of Record
   Jason Giles
   2912 Canal Street,
   New Orleans, LA 70119
   Tel: (877) 909-5464
   May provide testimony regarding facts surrounding the claim

9. A Representative of ICMUSENG, LLC
   Through Plaintiff's Counsel of Record
   Jason Giles
   2912 Canal Street,
   New Orleans, LA 70119
   Tel: (877) 909-5464
   May provide testimony regarding facts surrounding the claim

10. Any and all witnesses ascertained through further discovery before trial.

11. Any and all witnesses needed to authenticate any documents or exhibits.

12. Any and all witnesses needed for rebuttal or impeachment purposes.

13. Any and all witnesses called to provide testimony by any other party;

14. Any and all witnesses shown to be appropriate as a result of the remaining discovery or any Court rulings.

## **STATE FARM'S EXHIBIT LIST**

D-1.  Certified copy of the Homeowner's Policy No. 18-B7-H683-2 issued by State Farm Fire and Casualty Company to Ivy Hill and Stephanie-Paige Hill with a policy period of April 12, 2021 to April 12, 2022 (SSFF&CC/I. Hill 000844-000886, SSFF&CC/I. Hill 001156-001213).

D-2.  A true and correct copy of the State Farm claim file materials relative to Plaintiff's claim number 18-H807-3G9 (SSFF&CC/I. Hill 000001-000171).

D-3.  A true and correct copy State Farm Summary Report 18-H807-3G9 dated October 24, 2021 (SSFF&CC/I. Hill 000360-000380, SSFF&CC/I. Hill 000491-000551, SSFF&CC/I. Hill 000914-001034).

D-4.  A true and correct copy State Farm Summary Report 18-H807-3G9 dated October 19, 2021 (SSFF&CC/I. Hill 000989-001034).

D-5.  A true and correct copy State Farm Estimate 18-H807-3G9 dated January 29, 2022.

D-6.  A true and correct copy of the State Farm underwriting file relative to the residential property located at 182 Kempt Street, Independence, Louisiana 70443.

D-7.  Photographs depicting the property at issue in this matter (SSFF&CC/I. Hill 000576-000596, SSFF&CC/I. Hill 001035-001155).

D-8.  Elite Construction Report Prepared by Jason Adams dated April 20, 2022 (SSFF&CC/I. Hill 000340-000359, SSFF&CC/I. Hill 000809-000829).

D-9.  iScope Consulting LLC Report (SSFF&CC/I. Hill 000382-000410, SSFF&CC/I. Hill 000746-000774, SSFF&CC/I. Hill 000780-000808).

D-10.  EFI Global Engineering Co., Inc. Storm Damage Assessment Report prepared by Darin Teeman and reviewed by George Eustace dated August 2, 2022. (SSFF&CC/I. Hill 000221-000286, SSFF&CC/I. Hill 000641-000706).

D-11. All deposition transcripts and corresponding exhibits;

D-12. All answers and all supplemental answers to Interrogatories, Requests for Production of Documents, and Requests for Admissions.

D-13. Any Documents, including but not limited to invoices, estimates and photographs relative to the property at issue in this matter.

D-14. Records received in response to any subpoena duces tecum issued in this matter.

D-15. Any document, affidavit, exhibit, or testimony identified, used, or introduced by Plaintiff.

D-16. Any exhibits needed for purposed of impeachment.

D-17. As discovery is ongoing, State Farm reserves the right to add additional exhibits that may be identified through the discovery process.

State Farm notes that discovery in this matter is ongoing and respectfully reserves the right to supplement or amend this Witness and Exhibit List as new information is discovered.

Respectfully Submitted,

**ADAMS AND REESE LLP**

*/s/ Mary Kate Fernandez*
Kellen J. Mathews (#31860)
E. Gregg Barrios (#20096)
Mary Kate Fernandez (#39419)
701 Poydras St, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234; Fax: (504) 584-9541
Email: gregg.barrios@arlaw.com
Email: kellen.mathews@arlaw.com
Email: mary.fernandez@arlaw.com

***Counsel for Defendant, State Farm Fire and Casualty Company***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon Plaintiff and all counsel of record in this matter as indicated below:

( **X** )   CM/ECF               (   )   Prepaid U. S. Mail

(   )   Facsimile             ( **X** )   Electronic Mail

(   )   Hand Delivery

this 8th day of March, 2024.

*/s/Mary Kate Fernandez*
Mary Kate Fernandez
