UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IVY HILL et. Al. | * | CIVIL ACTION NO.: 2:22-cv-03239 |
| | * | |
| VERSUS | * | JUDGE: J.T.M. |
| | * | |
| STATE FARM FIRE AND CASUALTY COMPANY | * | |
| | * | MAGISTRATE JUDGE: D.P.C. |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' WITNESS AND EXHIBIT LIST

**NOW COMES,** through undersigned counsel, Plaintiffs, **Ivy Hill and Stephanie Paige.** and submits their Witness and Exhibit List in compliance with this Court's Scheduling Order:

### WITNESSES

Plaintiffs may call the following witnesses at trial:

1. Ivy Hill (shall be contacted through undersigned counsel) Knowledge of the damage to the subject property, the claim; coverage and payments made by Defendant and any other relevant matter to this litigation;;

2. Stephanie Paige (shall be contacted through undersigned counsel) Knowledge of the damage to the subject property, the claim; coverage and payments made by Defendant and any other relevant matter to this litigation;;

3. Brandon Johnson and/or Representative of iScope Loss Consulting- opinions regarding the cause and extent of the damage to the property, written report and estimate, inspections of the property, the property's condition, the necessary repairs to the property;

4. A representative of Elite Construction Enterprises, LLC - opinions regarding the cause and extent of the damage to the property, written report and estimate, inspections of the property, the property's condition, the necessary repairs to the property;

5. Any witness called or listed by any party

6. Any witness identified in the discovery responses of any party

7. Any witness necessary to authenticate any exhibit revealed through discovery or listed by any other party

8. Any impeachment or rebuttal witnesses

9. Any other witness discovered throughout the course of discovery of this litigation

## **EXHIBITS**

Defendants may or will introduce the following exhibits at trial:

1. Invoices, receipts, photographs, videos, or other documents or media obtained from any contractor, adjuster, or other individual or entity related to any damage as a result of Hurricane Ida, work contemplated, in progress or completed on the property located at 182 Kemp Street, Independence, LA 70443;

2. Any and all estimates, including but not limited to the XactAnalysis, and reports from the following:
    a. **iScope Loss Consulting; and**
    b. **Elite Construction Enterprises, LLC**

3. Any contract agreements for work contemplated, in progress or completed on the property located at 182 Kemp Street, Independence, LA 70443 following Hurricane Ida;

4. Photographs of property located at 182 Kemp Street, Independence, LA 70443;

5. A certified copy of all insurance policies at issue in this litigation;

6. Any of the parties' initial disclosures produced pursuant to the court's Hurricane Ida CMO and/or FRCP26;

7. Any depositions taken or to be taken between now and the time of trial in this matter;

8. Any document needed for impeachment and or rebuttal;

9. Any exhibit listed or introduced by any other party.

Respectfully submitted,

*/s/ JOHN LOVE NORRIS, IV*

**BRIAN KING, La.** Bar #24817
**JASON GILES**, **La**. Bar #29211
**JOHN LOVE NORRIS, IV, La.** Bar #35269
The King Firm, LLC
2912 Canal Street
New Orleans, LA  70119
Telephone:     (504) 909-5464
Fax:              (800) 901-6470
Email: bking@kinginjuryfirm.com
          jgiles@kinginjuryfirm.com
          jnorris@kinginjuryfirm.com