UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IVY HILL, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 22-3239 |
| STATE FARM FIRE & CASUALTY COMPANY | * | SECTION "H" (2) |

## ORDER AND REASONS

Defendant's Motion to Compel (ECF No. 14) is pending before me in this matter. The motion was scheduled for submission on March 13, 2024. As of this date, Plaintiffs have not filed any Opposition Memoranda, and the deadline for same expired on Tuesday, March 5, 2024. *See* E.D. La. L.R. 7.5.

Defendant issued discovery on November 3, 2023. ECF No. 14-5 at 13. After expiration of extensions of time and despite repeated requests, no responses have been provided. ECF No. 14-1 at 2. Having considered the record, the written submissions of counsel, the lack of Opposition Memorandum, the applicable law, and finding that the motion has merit,

IT IS ORDERED that the Motion to Compel (ECF No. 14) is GRANTED. This Order reserves to Defendant the right to file an appropriate motion, with supporting documentation, to recover fees and costs incurred in filing the motion in accordance with FED. R. CIV. P. 37(a)(5).

IT IS FURTHER ORDERED that, within 14 days, Plaintiffs must provide full and complete responses to the discovery requests.

New Orleans, Louisiana, this  13th  day of March, 2024.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE