# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IVY HILL ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-3239** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **SECTION "H"** |

## ORDER

Before the Court are Plaintiffs' Motion to Continue Trial (Doc. 20) and Defendant's Opposition thereto (Doc. 23). The Court finds that Plaintiff has shown good cause for a continuance.

Accordingly;

**IT IS ORDERED** that the Motion is **GRANTED**, and the scheduling order is **VACATED**.

**IT IS FURTHER ORDERED** that a telephone status conference is **SET** for May 16, 2024 at 1:30p.m. The parties shall call 888-273-3658 and use access code 1304800.

New Orleans, Louisiana this 7th day of May, 2024.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**