MINUTE ENTRY
MILAZZO, J.
May 16, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IVY HILL ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-3239** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **SECTION "H"** |

## MINUTE ENTRY

On May 16, 2024, the Court held a preliminary telephone status conference. John Norris participated on behalf of Plaintiff; and Kellen Mathews participated on behalf of Defendant. The parties updated the Court on the status of the case.

**IT IS ORDERED** that this matter shall be continued by 60 days, and the case manager shall set a scheduling conference at her earliest convenience to select new dates.



(JS-10:10)