UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IVY HILL ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-3239** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **SECTION "H"** |

# ORDER

Before the Court is Defendant's Motion in Limine (Doc. 19). Plaintiffs Ivy Hill and Stephanie Paige-Hill allege that their property at 182 Kemp Street, Independence, Louisiana, 70443, sustained damage during Hurricane Ida. They bring claims for coverage and bad faith damages against their insurer, State Farm Fire and Casualty Company. In support of their damages claim, Plaintiffs produced an inspection report purportedly prepared by Brandon Johnson with iScope Loss Consulting. Through the course of discovery, however, it was revealed that neither Mr. Johnson nor any known representative of iScope Loss Consulting drafted the report. Indeed, the parties are unable to identify the author of the report at this time. Accordingly, Defendant has moved for an order pursuant to Federal Rules of Civil Procedure 37 and 26 excluding the iScope Loss Consulting Report and the testimony of Brandon Johnson or any representative of iScope Loss Consulting from trial. Defendant argues that discovery and expert deadlines have passed, and

1

"Plaintiffs have failed to identify the author of the iScope Report upon which their claims are largely based."[1]

Although Plaintiffs have not filed an opposition to Defendant's Motion, they moved to continue trial and all deadlines so that they can identify the author of the iScope Loss Consulting report or obtain a new damages estimate report.[2] This Court granted Plaintiffs' Motion to Continue Trial on these grounds.[3]

Accordingly;

**IT IS ORDERED** that Defendant's Motion in Limine is **DENIED AS MOOT** without prejudice to the right to reurge its Motion after newly selected expert and discovery deadlines have passed.

New Orleans, Louisiana this 24th day of May, 2024.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[1] Doc. 19.
[2] Doc. 20.
[3] Doc. 24.