UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IVY HILL, ET AL. | CIVIL ACTION |
| VERSUS | NO. 22-3239 |
| STATE FARM FIRE & CASUALTY COMPANY | SEC. "H"(2) |

## NOTICE OF SCHEDULING CONFERENCE

A Scheduling Conference is **SET**, by telephone, for **JUNE 25, 2024, at 2:00 p.m.,** for the purpose of selecting new trial and pre-trial deadlines. **Counsel are to participate in the conference by dialing (866) 434-5269 and entering access code 8280506.** The Court's case manager will join the call as the host once all parties are on the line.

If any party has a conflict with the selected date or time of the conference, they should notify the case manager at the email address listed below.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

Issued for the Court:

By:  Sherry Adams
     Case Manager
     sherry_adams@laed.uscourts.gov

NOTICE
COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.