MINUTE ENTRY
MILAZZO, J.
July 25, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IVY HILL ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-3239** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **SECTION "H"** |

## MINUTE ENTRY

On July 25, 2024, the Court held a preliminary telephone status conference. John Norris participated on behalf of Plaintiff; and Kellen Mathews participated on behalf of Defendant.

**IT IS ORDERED** that the scheduling order entered on June 25, 2024 (Doc. 29) incorrectly reset all pre-trial deadlines. Only the deadline for Plaintiff's expert report and related discovery should have been reset. All deadlines that had already passed at the time that Plaintiff moved to continue trial (Doc. 20) remain passed.



(JS-10:10)