**MINUTE ENTRY**
**MILAZZO, J.**
**July 30, 2025**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IVY HILL ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-3239** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **SECTION "H"** |

### MINUTE ENTRY

On July 30, 2025, the Court held a telephone status conference. Taylor LeDuff participated on behalf of Defendant. Counsel did not appear on behalf of Plaintiff.

**IT IS ORDERED** that the telephone status conference is **RESET** for August 6, 2025 at 3:30p.m.



(JS-10:10)