MINUTE ENTRY
MILAZZO, J.
August 6, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IVY HILL ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-3239** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **SECTION "H"** |

## MINUTE ENTRY

On August 6, 2025, the Court held a telephone status conference. John Norris participated on behalf of Plaintiff; Kellen Mathews participated on behalf of Defendant. The parties updated the Court on the status of the case.

(JS-10:05)