UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Ivy Hill and Stephanie Paige-Hill,

Plaintiffs

v.

State Farm Fire and Casualty Company,

Defendant

Civil Action No. 2:22-cv-03239

MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL

Plaintiffs, Ivy Hill and Stephanie Paige-Hill, respectfully move this Honorable Court for a ninety (90) day extension of time to retain new legal counsel in the above-captioned matter.

Plaintiffs' current deadline to obtain new representation is December 10, 2025. Plaintiffs have been diligently attempting to secure an attorney to represent them in this Hurricane Ida litigation; however, additional time is necessary due to the complexity of the case and the limited availability of counsel willing to assume representation at this stage of the proceedings.

Plaintiffs request that the Court extend the deadline by ninety (90) days, up to and including March 10, 2026, to allow adequate time to secure new counsel and ensure proper representation moving forward.

This request is made in good faith and not for the purpose of delay.

WHEREFORE, Plaintiffs respectfully request that this Court grant a 90-day extension of the deadline to retain new counsel, and for all further relief the Court deems just and proper.

Respectfully submitted,

Ivy Hill

P.O. Box 1411

Scanned by TapScanner

Scanned by TapScanner

182 Kemp St.

Independence, LA 70443

Phone: 985-320-5505

Email: ivytate@yahoo.com

Stephanie Paige-Hill

P.O. Box 1411

182 Kemp St.

Independence, LA 70443

Phone: 985-320-5505

Email: ivytate@yahoo.com

Plaintiffs, Pro Se

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time to Retain Counsel was mailed or electronically served upon all counsel of record for Defendant, State Farm Fire and Casualty Company, on this ___ day of December 2025.

_____
Ivy Hill

_____
Stephanie Paige-Hill

Scanned by TapScanner