**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Tuesday, December 9, 2025 9:44 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | TapScanner 12-09-2025-21:22 (p1).pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Tuesday, December 9, 2025 - 21:43.

The information for this submission is:

**Filer's Name:** Ivy Hill Stephanie Paige

**Filer's Email:** ivytate@yahoo.com

**Filer's Mailing Address:** Pobox 1411 Independence, LA 70443

**Filer's Phone Number:** 985-320-5505

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Hurricane Ida

**eFile-ProSe**

---

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Tuesday, December 9, 2025 11:59 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | TapScanner 12-09-2025-22:23.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Tuesday, December 9, 2025 - 23:59.

The information for this submission is:

**Filer's Name:** Ivy Hill Stephanie Paige

**Filer's Email:** ivytate@yahoo.com

**Filer's Mailing Address:** P.O.Box 1411 Independence, LA 70443

**Filer's Phone Number:** 9853205505

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Hurricane Ida