UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IVY HILL ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-3239** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **SECTION "H"** |

### ORDER

Before the Court is Plaintiffs' Motion for an additional 90 days to obtain new counsel (Doc. 56). The Court allowed Plaintiffs' counsel to withdraw on November 26, 2025 and set a deadline of December 10, 2025 to obtain new counsel. The pre-trial conference in this matter is set for December 23, 2025, and trial is set for January 12, 2026.

Accordingly;

**IT IS ORDERED** that the Motion is **GRANTED**, and Plaintiffs shall have until March 10, 2026 to obtain new counsel. Failure to enroll new counsel by that date will result in the Plaintiffs proceeding as *pro se* litigants, representing themselves in this matter.

**IT IS FURTHER ORDERED** that the pre-trial conference is converted to a telephone status conference and **CONTINUED** and **RESET** for January 7, 2026 at 1:00p.m. The parties shall call 833-990-9400 and use code 945 830 389 to join the call. If Plaintiffs have not enrolled counsel by that date, they shall appear *pro se* on the call.

New Orleans, Louisiana this 12th day of December, 2025.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**