MINUTE ENTRY
CURRAULT, M.J.
DECEMBER 12, 2025
**MJSTAR: 1:00**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IVY HILL, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 22-3239 |
| STATE FARM FIRE & CASUALTY COMPANY | * | SECTION "H" (2) |

A settlement conference was conducted on this date before the undersigned magistrate judge. After extensive discussions, the court was advised that the parties were unable to reach a settlement. The parties will continue to engage in settlement discussions, and the parties were encouraged to contact my Chambers to schedule another settlement conference, if appropriate. By copy of this minute entry, Judge Milazzo is advised that this matter has not yet been resolved.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. JANE TRICHE MILAZZO**