MINUTE ENTRY
MILAZZO, J.
January 8, 2026

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IVY HILL ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-3239** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **SECTION "H"** |

## MINUTE ENTRY

On January 8, 2026, the Court held a telephone status conference. Kellen Mathews participated on behalf of Defendant; no one appeared on behalf of Plaintiff. Accordingly;

**IT IS ORDERED** that the trial date of January 12, 2026 is **VACATED**.

**IT IS FURTHER ORDERED** that a telephone status conference is **SET** for March 12, 2026 at 2:30p.m. The parties shall call 833-990-9400 and use code 945 830 389 to join the call. If Plaintiffs have not enrolled counsel by that date, they shall appear on their own behalf on the call. A new trial date will be selected at that time.

(JS-10:10)